IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAYYID FARID,

    Plaintiff,                       No. CIV S-05-0168 MCE DAD P

   vs.

DR. HASUIMOTO, et al.,

    Defendants.            <u>ORDER</u>

                              /

        When plaintiff filed a pro se civil rights complaint on January 25, 2005, he was a state prisoner confined at Deuel Vocational Institution. On February 11, 2005, plaintiff notified the court that he was transferred to Sierra Conservation Center on January 31, 2005. On March 30, 2005, plaintiff notified the court that he was transferred to one of the prison facilities in Represa. On April 5, 2005, plaintiff notified the court that he has been released and is residing in Sacramento. In response to the court's February 4, 2005 order, plaintiff filed an in forma pauperis application on March 8, 2005, and a second in forma pauperis application on April 4, 2005. These applications and several requests and motions are before the court.

         The in forma application filed March 8, 2005, when plaintiff was incarcerated, did not include certified trust account statements covering the entire six-month period immediately preceding the filing of plaintiff's complaint. The in forma pauperis application filed April 4,

1

2005, while plaintiff was incarcerated, was not certified by a prison official and did not include any trust account statements. Both applications will be denied. In light of plaintiff's release, plaintiff will be provided with an in forma pauperis application form intended for use by a person who is not a prisoner.

In his notice of change of address filed February 11, 2005, plaintiff requested leave to amend his complaint. In a request for relief filed March 9, 2005, plaintiff again requested leave to amend his complaint. The complaint filed January 25, 2005, has not been screened, and the court has not yet authorized service of the complaint on any defendant. Plaintiff is therefore entitled to amend his complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff's requests for leave to amend will be granted.

Plaintiff filed two requests for court orders requiring state prison officials to move him to a county facility in Elk Grove. Plaintiff's requests will be denied as moot due to plaintiff's release from confinement.

With his original complaint, plaintiff submitted a sealed legal-sized envelope marked "Exhibit" and a smaller brown envelope, also sealed, marked "Exhibit" and "Medication Unknown." The envelopes are not proper exhibits and will be returned to plaintiff.

Plaintiff is cautioned that there is no mailbox rule for documents filed by non-prisoners. Every document submitted for filing by a non-prisoner must be received by the Clerk of the Court on or before its date due.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's applications to proceed in forma pauperis filed March 8, 2005, and April 4, 2005 (docketed as #9 and #12), are denied without prejudice;

2. Plaintiff is granted thirty days from the date of this order to file an in forma pauperis application on the form provided with this order;

3. Plaintiff's requests for leave to amend filed February 11, 2005, and March 9, 2005 (docketed as #5 and #10), are granted;

4. Plaintiff is granted thirty days to file an amended complaint;

5. Plaintiff's requests for transfer to a county facility filed March 9, 2005, and March 30, 2005 (docketed as #10 and #11), are denied as moot;

6. The Clerk of the Court shall provide plaintiff with a copy of the in forma pauperis application form to be used by a person who is not incarcerated; and

7. The Clerk of the Court shall return to plaintiff the following envelopes submitted with plaintiff's complaint on January 25, 2005: (a) the sealed legal-sized envelope bearing the pre-printed return address of Deuel Vocational Institution and hand-marked "Exhibit" and (b) the small brown envelope, also sealed, marked "Exhibit" and "Medication Unknown."

DATED: June 13, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
fari0168.npifp